7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Philip Lee Shannon
*Debtor*

*Bankruptcy Case No.*
12−62238−abf7

**Darla Renae Shannon**
   Plaintiff(s)

*Adversary Case No.*
13−06017−abf

v.

**Philip Lee Shannon**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That Judgment is entered in favor Plaintiff Darla Renae Shannon and against Debtor−Defendant Philip Lee Shannon, with the debt to Plaintiff being nondischargeable under ll U.S.C. Section 523(a)(15).

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 7/11/13

Court to serve